# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ALICIA RAEL,

      Plaintiff,

v.                                            No. 1:24-cv-1139 KG/DLM

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition entered on this date, the Court remands this case to the Social Security Administration for further proceedings.

**IT IS SO ORDERED.**

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.